1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>CARLOS JULIO VALENCIA-SANCHEZ,<br><br>Defendant-Appellant. | Civil No.   Southern District No.<br>00cr3209-W<br><br>Ninth Circuit No.<br>02-50133<br><br>**ORDER APPOINTING COUNSEL** |
|---|---|

On October 12, 2006, the Ninth Circuit ordered Magistrate Judge Louisa S Porter to locate counsel for Defendant-Appellant CARLOS JULIO VALENCIA-SANCHEZ. Therefore, **IT IS HEREBY ORDERED**:

1. **Ben Lechman, Esq.**, is appointed to represent Defendant-Appellant CARLOS JULIO VALENCIA-SANCHEZ, Southern District of California number 00cr3209-W, Ninth Circuit number 02-50133.

2. The Clerk of Court for the Southern District of California shall prepare and mail a CJA Voucher, a copy of this order, the attached docket sheet, and the attached order *immediately* to **Ben Lechman, Esq., 964 5th Ave. #303 San Diego, CA 92101** Counsel's telephone number is **(619) 699-5935**.

///

3. The Clerk of the Court for the Southern District of California shall mail a courtesy copy of this order to the United States Court of Appeals for the Ninth Circuit *immediately*.

DATED: 10/19/06

LOUISA S PORTER
United States Magistrate Judge
Southern District of California

cc: All parties
Ninth Circuit Court of Appeals
District Judge
CRD Preparing Vouchers